# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Case No. 16-10099 – MSH |
| ) | |
| Dimitri A. Oksenuk ) | Chapter 13 |
| ) | |
| Debtor, ) | |
| ) | |

## DEBTOR'S MOTION FOR LEAVE TO SELL
## 788 COMMERCIAL STREET, BRAINTREE, MASSACHUSETTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES TO
## (Khanh Vo)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Now comes Dimitri A. Oksenuk, the Debtor in the above-captioned matter, who respectfully represents that:

1. This case was commenced by the filing on January 13, 2016, of Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor would like to sell the parcel of land with the buildings thereon located at 788 Commercial Street, Braintree, Norfolk County, Massachusetts, consisting of a single-family home (hereinafter referred to as the "property").

3. The Debtor has a buyer for said property and has entered into a Purchase and Sales Agreement dated February 12, 2021, a copy of which is attached hereto as Exhibit "A".

4. The Debtor claims the homestead exemption pursuant to MGLA, c. 188, § 1. To date, no objections have been filed disputing the homestead exemption.

5. Pursuant to said Purchase and Sale Agreement, the Debtor has agreed, subject to the approval of the Bankruptcy Court, to sell the Property (the "Sale") to **Khanh Vo** (the "Purchaser") for a total purchase price of Four Hundred Sixty One Thousand $461,000.00) Dollars. As set forth in the Agreement, the Purchaser has paid Twenty-Three Thousand and Fifty ($23,050.00) Dollars deposit. The balance of the Purchase Price will be paid upon the closing of the Sale, which Sale shall occur as soon as may be practicable after the Court's

approval of the Sale or at such other time as shall be agreed upon by the Seller and the Purchaser. The Debtor will sell the Property in "as is, where is" condition, free from any warranty.

6. Proceeds shall be distributed as follows:

   A. Pay off the mortgage owed to Champion Mortgage Company in the approximate amount of $340,945.00.
   B. Normal closing costs.
   C. Pay the Chapter 13 Plan as proposed.

7. The Property shall be sold free and clear of all claims, liabilities, equities, exceptions, contracts, options, obligations, encumbrances, charges, rights of third parties (express or implied), restrictions, mortgages, security interests, and other liens or liabilities of any nature. Any perfected, enforceable, valid liens shall attach to the balance of the proceeds of the sale, after deducting the payment for any closing costs as set forth in the Agreement, in accordance with the priorities established under applicable law.

8. The Debtor believes that the Purchase Price is fair and reasonable.

9. The Debtor believes that the Property is not likely to attract an offer higher than the Purchase Price at this time. The proposed private sale is in the estate's best interest because the Seller has obtained a fair and reasonable price for the Property and has avoided the additional cost of conducting a public sale.

10. The Debtor requests this Honorable Court's approval of the proposed Notice of Intended Private Sale of Estate Property, Deadline for Submitting Objections and Higher Offers and Hearing Date (the "Notice") attached as Exhibit "B" hereto. Upon approval of the Court, the Debtor shall serve the Notice (as supplemented by this Court) on all creditors, parties in interest, including the United States Trustee, parties who have filed appearances and requested service of all pleadings and notices, and parties regarded by the Seller as potential purchasers.

11. The Debtor requests this Honorable Court's approval to compensate the broker. In this instant case, the broker listed the property for sale at the commission rate of 5%, provided tours of the real estate, negotiated for the sale of the property, obtained a fair market price in a reasonable amount of time and will continue through the closing.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order:

1. Approving the Notice of Intended Private Sale and manner of service as set forth above;

2. Directing that the Property be sold free and clear of all claims, liabilities, equities, exceptions, contracts, options, obligations, encumbrances, charges, rights of third parties (express or implied), restrictions, mortgages, security interests, and other liens, and that any perfected, enforceable valid liens shall attach to the balance of the proceeds of the sale , after deducting the payment for any closing costs as set forth in the Agreement, in accordance with the priorities established under applicable law;

3. Authorizing the Debtor to utilize the proceeds of the Sale, to the extent necessary, to pay closing costs associated with the Sale as set forth in the Agreement;

4. Authorizing and empowering the Debtor to take such further actions as are necessary, appropriate, or desirable to consummate the transactions provided for, or contemplated in, the Agreement.

5. Approving the request to compensate the broker.

6. Debtor shall provide HUD statement to the Chapter 13 Trustee.

7. Granting such other relief as the Court deems just and proper.

Respectfully submitted,
Dimitri A. Oksenuk
by his attorney,

Dated: March 9, 2021

*/s/ Richard D. Smeloff, Esq.*
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124
BBO# 567869

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, as counsel for the Debtor, hereby certify that I did send by first class mail, postage pre paid, a copy of the within Motion to the following parties listed below:

Dated: March 9, 2021

***/s/ Richard D. Smeloff***
Richard D. Smeloff, Esq.

Nationstar Mortgage LLC
c/o Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002-2406

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Beld
P.O Box 859180
Braintree, MA 02185-9180

Braintree Water and Sewer
P.O Box 850637
Braintree, MA 02185-0637

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Champion Mortgage
PO Box 40724
Lansing, MI 48901-7924

Collection
209 W Central St Ste 107
Natick, MA 01760-3716

Marinosci Law Group
275 West Natick Road, suite 500
Warwick, RI 02886-1161

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Nationstar Mortgage LLC
Champion Mortgage Company
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Nationstar Mortgage LLC
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave.
Suite 100
Boca Raton, FL 33487-2853

Quincy Credit Union
100 Quincy Ave
Quincy, MA 02169-6745

Replacement Parts Industries, Inc
P.O Box 5019
Chatsworth, CA 91313-5019

Richard R Hobbard Esq
9 North Main Street
P.O Box 567
Uxbridge, MA 01569-0567

Richard R Hubbard Attorney For
Quincy Credit Union
P O Box 511187
Key Colony Beach, FL 33051-1187

Verizon
PO Box 15124
Albany, NY 12212-5124

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950

Dimitri A Oksenuk
788 Commercial Street
Braintree, MA 02184-1033

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Richard D. Smeloff
Smeloff & Associates
500 Granite Avenue
Suites 7 & 8
Milton, MA 02186-5626

Yannis Tsitsas
#1 Realty Group
33 Brook Trail Road
Concord, MA 01742-3903